JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY KIM,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, a municipality, BILL NICHOLS, an individual and in his official capacity as an officer fo the City of Los Angeles, GUS VENEZUELA, an individual and in his official capacity as an officer of the City of Los Angeles,<br><br>    Defendants. | CASE NO.  CV13-01196 RGK (SHx)<br><br>**ORDER RE: DISMISSAL** |

   The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the Plaintiff's complaint be dismissed with prejudice.

Dated:  February 12, 2014

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE